UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80647-BLOOM/Valle

CANDICE NAKRIN,

    Plaintiff,

v.

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff Candice Nakrin's Notice of Settlement, ECF No. [16] ("Notice"), filed on August 10, 2016, which indicates that the parties have reached a settlement of all claims asserted in this case.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal on or before **September 9, 2016**.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. All pending deadlines are **TERMINATED**.

4. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of August, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record